IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| TONY ALLEN CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 6:13-CV-2326-HZ<br><br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. § 2412(D) |

　　　　Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $2,486.12, and expenses in the amount of $28.36, for a total of $2,514.48, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

　　　　If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to her attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA, 98383.

　　　　IT IS SO ORDERED.

　　　　DATED this ___14___ day of January, 2015.

　　　　　　　　　　　　　　　　　　*Marco Hernandez*
　　　　　　　　　　　　　　　　　　MARCO A. HERNANDEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE